**IN THE UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| TYRON SHAUGHNESSY, JOHANNES JAEGER, and JUERGAN BADURA, on behalf of themselves himself individually and on behalf of other similarly situated current or former employees of the named defendant,<br><br>          Plaintiffs,<br><br>vs.<br><br>LUFTHANSA TECHNIK NORTH AMERICA HOLDING CORP. a foreign profit corporation, and/or in the alterative, LUFTHANSA TECHNIK COMPONENT SERVICES LLC, a foreign profit corporation,<br><br>          Defendant. | Case Number:<br><br><br>**AMENDED COMPLAINT** |

**I.**

**NATURE OF CAUSES OF ACTION**

1.1 The Plaintiffs, Tyron Shaughnessy, Johannes Jaeger and Juergan Badura bring the following causes of action:

1.2 <u>Individual Causes of Action Under State Law</u>.  On behalf of himself as an individual, and not on behalf of any other person, each Plaintiff brings the following causes of action under state law:

**LAW OFICE OF SCOTT MCKAY**
3614 California Ave SW
Seattle, WA 98116 – (206) 992-5466

a. Failure to pay overtime wages as required by the Washington Minimum Wage Act ("MWA"), RCW 49.46;

b. Failure to pay all wages due upon termination of employment as required by the Washington Wage Payment Act ("WPA"), RCW 49.48; and

c. Willful withholding of wages, in violation of the Washington Wage Rebate Act ("WRA") RCW 49.52.

1.3 <u>Individual Causes of Action Under Federal Law</u>.  On behalf of himself as an individual, and not on behalf of any other person, each Plaintiff brings a cause of action under the Fair Labor Standards Act ("FLSA"), 29 USC 201 et. seq. to recover unpaid overtime wages.

1.4 <u>Collective Action Under FLSA</u>.  The Plainitffs Tyrone Shaughnessy and Johannes Jaeger also bring a <u>collective action</u> under the FLSA to recover unpaid overtime wages on behalf of other similarly situated employees who like them:  1) work or worked for the defendant as aircraft inspectors; 2) did not have lead or supervisory duties with respect to other employees and 3) were not paid overtime wages at or above the rate of 1.5 times the regular rate of pay, as required by state and federal law.  Hereafter, these other similarly situated employees will be referred to as "putative collective action plaintiffs."

## II.

## PARTIES

## <u>Identity of the Proper Defendant</u>

2.1 The intended and proper defendant for all claims pleaded herein is the business entity which employed the named Plaintiffs and referred to itself as "LFTNA" and/or "Lufthansa Technik North America."  Hereafter, said defendant shall be referred to as "LFTNA."

**LAW OFICE OF SCOTT MCKAY**
3614 California Ave SW
Seattle, WA 98116 – (206) 992-5466

2.2 Based upon information and belief, LFTNA is owned and operated by LUFTHANSA TECHNIK NORTH AMERICA HOLDING CORP.   Said entity is therefore the proper defendant to this action.  At all relevant times hereto, said business entity has:

    a.  Maintained offices and conducted business in King County, Washington;

    b.  Been registered with the Washington Secretary of State and Department of Revenue under UBI Number 602 510 299;

    c.  Been headquartered at 3515 N Sheridan Rd, Tulsa, OK, 74115;

    d.  Had an annual dollar volume of sales or business of at least $500,000.

2.3. In the alternative to the allegations of Paragraph 2.2, LFTNA is owned and operated by LUFTHANSA TECHNIK COMPONENT SERVICES LLC.  Said entity is therefore the proper defendant to this action.  At all times relevant herein, said business entity has:

    a.  Maintained offices and conducted business in King County, Washington;

    b.  Been registered with the Washington Secretary of State and Department of Revenue under UBI Number UBI Number 604 270 068;

    c.  Been headquartered at 7424 E 30TH St. N., Tulsa, OK  74115;

    d.  Had an annual dollar volume of sales or business of at least $500,000.

2.4 In the alterative to Paragraphs 2.1 through 2.3, LFTNA is jointly owned and operated by **both** LUFTHANSA TECHNIK NORTH AMERICA HOLDING CORP **and** LUFTHANSA TECHNIK COMPONENT SERVICES LLC.   Both entities are therefore proper defendants to this action and will be collectively referred to as "LFTNA."

**LAW OFICE OF SCOTT MCKAY**
3614 California Ave SW
Seattle, WA 98116 – (206) 992-5466

1

### Business Operations of LFTNA, Identity of Plaintiffs and Job Titles

2    2.5 At all relevant times to this lawsuit, the nature and purpose of LFTNA's business

3    operations was (and continues to be) to provide aircraft inspection services to paying

4    customers.

5    2.6 LFTNA conducted such business operations (and continues to conduct such

6    business operations), in the states of Washington, South Carolina and Alabama.

7    2.7 On a daily basis, LFTNA conducted (and continues to conduct) business across

8    state lines.

9    2.8 Plaintiff Tyrone Shaughnessy is a former employee of LFTNA.  At all relevant

10   times hereto, he was a resident of the State of Washington and employed by LFTNA as an

11   "Aircraft Inspector" and/or a "Lead Aircraft Inspector.

12

13   2.9 Plaintiff Johannes Jaeger is a former employee of LFTNA.  At all relevant times

14   hereto, he was a resident of the State of Washington and employed by LFTNA as an

15   "Aircraft Inspector."

16   2.10   Plaintiff Juegan Badura is a former employee of LFTNA.  At all relevant times

17   hereto, he was a resident of the State of Washington and employed by LFTNA as an

18   "Aircraft Inspector" and/or a "Lead Aircraft Inspector and or ostensible "Manager."

19   2.11 The work performed by each Plaintiff was mostly conducted within the State of

20   Washington.  However, some of the work by the Plaintiffs was performed in the State of

21   South Carolina and/or in the state of Alabama.  Whenever any of the Plaintiffs worked

22   outside the State of Washington, they were remotely supervised from the State of

23   Washington by managers of LFTNA.  Such supervision was accomplished through channels

24   of interstate commerce such as the internet, telephones, faxes and U.S. Mail.

25

26

2.12 Besides the named Plaintiffs, LFTNA previously employed (and continues to employ) various other persons as Aircraft Inspectors.  Said Aircraft Inspectors have worked in the States of Washington, South Carolina and Alabama.   Regardless of their location, all persons who have worked for LFTNA as "Aircraft Inspector": 1) have performed the same or similar types of work activities; 2) have frequently worked in excess of 40 hours per week ("overtime hours") and 3) have never been paid for their overtime hours at or above the rate of 1.5 times the regular rate of pay.

2.13 The purpose of the various employments described in paragraph 2.8 through 2.12 has always been to carry out the business purposes described in paragraph 2.5.

## III.

## OTHER FACTS CONCERNING THE EMPLOYMENT OF PLAINTIFFS

3.1 At no time has LFTNA kept or maintained records which, for each Aircraft Inspector it has employed, directly shows his/her total hours of work for each week of employment.

3.2   Due to the failure of LFTNA to keep or maintain such records, each Plaintiff must necessarily estimate his total hours of work for each week of employment.  **Appendix A** to this amended complaint contains estimates of the total hours of work that each of the Plaintiffs performed while employed with LFTNA.  Each Plaintiff prepared his estimate by reviewing LFTNA duty rosters and calendars that were available to him at the time he prepared his estimate.

**LAW OFICE OF SCOTT MCKAY**
3614 California Ave SW
Seattle, WA 98116 – (206) 992-5466

3.3 During the course of his employment, each Plaintiff received a flat salary.  Said salary payments represented the entirety of gross wages that were paid to him for his weekly hours of work.

3.4 At no time did any of the Plaintiffs ever receive, in addition to a salary, extra pay or premium pay for any hours of work that were performed in excess 40 hours during a week.  Overtime wages were never paid to any of the Plaintiffs, in any amount or at any rate of pay.

3.5 LFTNA was fully aware that the Plaintiffs were working overtime hours without being paid overtime wages.  The failure of LFTNA to provide overtime pay, as alleged in Paragraphs 3.4, was not due to inadvertence or oversight.   Instead, the failure of LFTNA to provide overtime pay was deliberate and willful, and based upon LFTNA's claim that the work performed by Aircraft Inspectors was "exempt" from state and federal overtime wage laws.

3.6 LFTNA's claim that the work of Aircraft Inspectors is/was "exempt" from state and federal overtime wage laws is incorrect.  At no time did LFTNA ever have any bona fide or meritorious justification or excuse — legal or factual — for failing to provide its Aircraft Inspectors (including the named plaintiffs) with overtime pay.

3.7. Each and every factual allegation concerning the named Plaintiffs, as set forth in Paragraphs 3.1 through 3.6, apply equally and hold true for the putative collective action plaintiffs that are described in Paragraph 2.12, above.

**LAW OFICE OF SCOTT MCKAY**
3614 California Ave SW
Seattle, WA 98116 – (206) 992-5466

## IV.

## PLAINTIFFS' CAUSES OF ACTION UNDER STATE LAW

All facts alleged in Section III of this Amended Complaint are hereby incorporated into this Section IV of this Amended Complaint.

### First Cause of Action:  Violation of MWA

4.1    The failure of LFTNA to provide the Plaintiffs with overtime pay, as alleged in Paragraphs 3.3 through 3.6, constitutes a violation of the MWA's overtime wage requirement, as set forth in RCW 49.46.130(1).  LFTNA is therefore liable to each Plaintiff for all items of damages, penalties, interest, costs and attorney fees as may be allowed under the MWA.

### Second Cause of Action:  Violation of WPA

4.2 After each Plaintiff ceased working for LFTNA, the company did not provide any of the Plaintiffs with overtime pay for their overtime hours of work, as required by the MWA.  LFTNA therefore violated RCW 49.48.010 by failing to provide each Plaintiff with wages that were due on account of his employment.  LFTNA is therefore liable to each Plaintiff for all items of damages, penalties interest, costs and attorney fees as may be allowed under the WPA.

### Third Cause of Action:  Violation of WRA

4.3 The willful failure of LFTNA to pay additional overtime wages, as described in Paragraphs 3.5 through 3.6, constitutes a violation of the WRA, Sections RCW 49.52.050 and RCW 49.52.070.  LFTNA is therefore liable to each Plaintiff for all items of penalties, interest, costs and attorney fees as may be allowed under the WRA.

AMEND. COMPLAINT FOR DAMAGES - 7            **LAW OFICE OF SCOTT MCKAY**
3614 California Ave SW
Seattle, WA 98116 – (206) 992-5466

# V.

## CAUSES OF ACTION UNDER FLSA

### Alternative One:  Individual Claim

5.1 Each named Plaintiff pleads an individual claim for relief under the FSLA.  In support of such individualized claims, all facts alleged in Sections III and IV of this complaint are hereby re-alleged and incorporated into Section V of this complaint.

5.2  The failure LFTNA to provide each named Plaintiff with overtime wages, as alleged in Section III, constitutes a violation of the FLSA's overtime wage requirements, 29 USC 207.  LFTNA is therefore liable to each Plaintiff  for all items of penalties, interest, costs and attorney fees as may be allowed under the FLSA, including liquidated damages under 29 USC 216(b).

### Alterative Two:  Collective Action under 29 USC 216(b)

5.3  Pursuant to FRCP 8(d)(2), and as an alternative to the individual claims alleged in Paragraph 5.2, the Plaintiffs Tyrone Shaughnessy and Johannes Jaeger each bring a cause of action under the FLSA for collective relief, as provided by 29 USC 216(b).

5.4 There is not, nor has there been, any significant or legally material difference between the Plaintiffs Tyrone Shaughnessy and Johannes Jaeger and the putative collective action plaintiffs with regard to their job duties, hours of work and nature and form of pay.

5.5 Like the Plaintiffs Tyrone Shaughnessy and Johannes Jaeger, each putative collective action plaintiff:

    a)  Was/is employed as an "Aircraft Inspector" (See Paragraphs 2.8 through 2.10)

**LAW OFICE OF SCOTT MCKAY**
3614 California Ave SW
Seattle, WA 98116 – (206) 992-5466

.

b)  Was/is paid a flat salary for all hours of work, including overtime hours of work (See Paragraph 3.3);

c)  Never received any additional pay beyond his/her salary for overtime hours of work that were performed in excess of 40 per week (See Paragraph 3.4).

5.6  As was true for Plaintiffs Tyrone Shaughnessy and Johannes Jaeger, LFTNA was fully aware that the job duties and work assignments of putative collective action plaintiffs frequently required them to work in excess of 40 hours per week (See Paragraphs 3.5 through 3.6, above);

5.7 As was also true for Plaintiffs Tyrone Shaughnessy and Johannes Jaeger, LFTNA deliberately refused to provide overtime pay to putative collective action plaintiffs based upon its claim that the job duties and work performed by Aircraft Inspectors was "exempt" from state and federal overtime wage laws.

5.8 At no time did LFTNA ever have any bona fide or meritorious justifications or excuses — legal or factual — for failing to provide the putative collective action plaintiffs for their weekly hours of work exceeding 40 hours.

5.9 Each putative collective action plaintiff has a meritorious claims against LFTNA under the FLSA, for the same reasons that the Plaintiff have meritorious claims against LFTNA under the FLSA.  See Paragraphs 5.1 and 5.2, supra.  Thus, this case is properly brought as a collective action under 29 U.S.C. § 216(b).

**Proposed Class for Collection Action**

5.9 This court should certify a class of persons consisting of all current and former employees of LFTNA, who like the named Plaintiffs Tyrone Shaughnessy and Johannes Jaeger:

**LAW OFICE OF SCOTT MCKAY**
3614 California Ave SW
Seattle, WA 98116 – (206) 992-5466

1.  Work or worked for LFTNA under the job title "Aircraft Inspector"; and

2.  Frequently work or worked in excess of 40 hours in any week during their employment with LFTNA; and

3.  Who were/are paid a flat salary for all hours of work each week; and

4.  Who were/are classified by LFTNA as being "exempt" from state and federal overtime laws; and

5.  Who have not been paid overtime wages for their weekly hours of work exceeding of 40 hours.

**Other Allegations Regarding Collective Action**

5.10 The proposed class is readily ascertainable. With regard to the notice requirements for collective actions, all potential class members can be readily identified and contacted because their names and last known phone numbers and mailing addresses are readily available through the records of LFTNA.  Notice can be easily be provided to all potential members of the proposed class via first class mail to the last address known to Defendant, and through electronic mail using the Defendant's electronic mail system and intranet capabilities

5.11   Each Plaintiff has consented in writing to be a part of this action.  Plaintiff's signed consent form is attached as **Appendix B**.

5.12   As this case proceeds, it is likely that other individuals will file consent forms and join as "opt-in" Plaintiffs.

AMEND. COMPLAINT FOR DAMAGES - 10

# VI.

## PRAYER FOR RELEIF

### Individual Claims

6.1 For their individual claims under state and federal law, as alleged in Paragraphs 4.1 through 4.3 and Paragraphs 5.1 through 5.2, each named Plaintiff prays for judgment as follows:

    1. For unpaid overtime wages;

    2. For attorney fees and costs of suit;

    3. For pre-judgment and post judgment interest;

    4. For liquidated damages;

    5. For all such other relief that may be available at law or equity

### Collective Action Claim

6.2   As an additional and alternate prayer for relief under 29 USC 216(b), the Plaintiffs Tyrone Shaughnessy and Johannes Jaeger pray for relief as follows:

1.  Conditionally and finally certifying this case as a collective action in accordance with 29 U.S.C. § 216(b) with respect to the FLSA claims set forth herein;

2.  Ordering LFTNA to disclose in computer format, or in print if no computer readable format is available, the names, addresses and cell phone numbers of all collective group members, and permitting Plaintiffs to send notice of this action to all those similarly situated individuals, including the publishing of notice in a manner that is reasonable calculated to apprise the collective group of their rights by law to join and participate in this lawsuit;

3.  Designating the Plaintiffs as the representative of the collective group and undersigned counsel as class counsel;

4.  Declaring that LFTNA violated the FLSA;

5.  Declaring that LFTNA's violation of the FLSA was willful;

AMEND. COMPLAINT FOR DAMAGES - 11

**LAW OFICE OF SCOTT MCKAY**
3614 California Ave SW
Seattle, WA 98116 – (206) 992-5466

6. Granting judgment in favor of Plaintiffs and against LFTNA and awarding Plaintiffs and the collective members the full amount of damages and liquidated damages available by law, including double damages;

7. Awarding reasonable attorney fees and costs incurred by the Plaintiffs in filing this action as provided by statute;

8. Awarding pre-judgment and post-judgment interest to the Plaintiffs on these damages; and

9. Awarding such other and further relief as this Court deems appropriate.

DATED this 12th day of August, 2020

LAW OFFICES OF SCOTT MCKAY

_____
Scott McKay, WSBA No. 12746
Attorney for Plaintiffs

AMEND. COMPLAINT FOR DAMAGES - 12

**LAW OFICE OF SCOTT MCKAY**
3614 California Ave SW
Seattle, WA 98116 – (206) 992-5466

**APPENDIX A**

**Shaugnessy**

| Work Week (Mon thru Sund) | Notes | Estimated Total Work Hours | OT Hours |
|---|---|---|---|
| 1/30/2017 | **Weekend Shift 2/5** | 47 | 7 |
| 2/6/2017 | | 40 | |
| 2/13/2017 | | 40 | |
| 2/20/2017 | | 40 | |
| 2/27/2017 | **Weekend Standby 3/4** | 54 | 14 |
| 3/6/2017 | | 40 | |
| 3/13/2017 | | 40 | |
| 3/20/2017 | | 40 | |
| 3/27/2017 | **4/1 & 2 Weekend Standby** | 68 | 28 |
| 4/3/2017 | **Mon & Tues OFF** | 24 | |
| 4/10/2017 | | 40 | |
| 4/17/2017 | | 40 | |
| 4/24/2017 | **SNS Delivery 4/24 - 26** | 45 | 5 |
| 5/1/2017 | **SNS Delivery 5/6** | 48 | 8 |
| 5/8/2017 | **5/13 & 14 Weekend Standby** | 68 | 28 |
| 5/15/2017 | **OFF Mon - Tues; SNS Delivery** | 28 | 4 |
| 5/22/2017 | | 40 | |
| 5/29/2017 | | 32 | |
| 6/5/2017 | **6/10 Weekend Standby** | 40 | |
| 6/12/2017 | **Double Shift 6/12; ARO Delivery 13-15** | 50 | 10 |
| 6/19/2017 | **Everett Support** | 40 | |
| 6/26/2017 | | 40 | |
| 7/3/2017 | **Paid Vacation 3 - 7** | 40 | |
| 7/10/2017 | | 40 | |
| 7/17/2017 | | 40 | |
| 7/24/2017 | Everett support 24 - 28 | 40 | |
| 7/31/2017 | Everett Support 8/1 - 4 | 40 | |
| 8/7/2017 | Everett Support 8/7 - 11 | 40 | |
| 8/14/2017 | Paid Vacation 14 - 18 | 40 | |
| 8/21/2017 | | 40 | |

| Date | Note | | |
|---|---|---|---|
| 8/28/2017 | | 40 | |
| 9/4/2017 | 9/4 Holiday; Weelend Standby 9/10 | 54 | 14 |
| 9/11/2017 | 9/11 OFF | 32 | |
| 9/18/2017 | AMX Delivery 18 - 20; Weekend Standby 9/23 | 54 | 14 |
| 9/25/2017 | Charleston Duty 9/25 - 10/6 | 70 | 30 |
| 10/2/2017 | Charleston Duty thru 10/6 | 64 | 24 |
| 10/9/2017 | | 40 | |
| 10/16/2017 | | 40 | |
| 10/23/2017 | | 40 | |
| 10/30/2017 | 10/30 - 11/03 Vacation | 40 | |
| 11/6/2017 | 11/12 Weekend Standby | 54 | 14 |
| 11/13/2017 | | 40 | |
| 11/20/2017 | | 40 | |
| 11/27/2017 | | 40 | |
| 12/4/2017 | 12/7 Weekend Standby | 54 | 14 |
| 12/11/2017 | | 40 | |
| 12/18/2017 | | 40 | |
| 12/25/2017 | Paid Vacation | 40 | |
| 1/1/2018 | | 40 | |
| 1/8/2018 | 1/13 Weekend Standby | 54 | 14 |
| 1/15/2018 | 1/21 Weekend Standby | 54 | 14 |
| 1/22/2018 | 1/27 Weekend Standby | 54 | 14 |
| 1/29/2018 | 2/4 Weekend Standby | 54 | 14 |
| 2/5/2018 | | 40 | |
| 2/12/2018 | 2/17 Weekend Standby | 54 | 14 |
| 2/19/2018 | ARO Delivery 2/20 - 21 | 46 | 6 |
| 2/26/2018 | 3/3 Spokane Trip | 50 | 10 |
| 3/5/2018 | Shift 2 + 3/5 Paint in SEA | 45 | 5 |
| 3/12/2018 | Shift 1 + Paint in SEA | 42 | 2 |
| 3/19/2018 | Air Canada Delivery 3/24 | 49 | 9 |
| 3/26/2018 | Iceland Air Delivery 3/26 - 29 | 45 | 5 |
| 4/2/2018 | 4/7 Standby Shift 07:00 - 21:00 + Paint in SEA | 54 | 14 |
| 4/9/2018 | Off 4/9, Sick 4/11, ARO Delivery 4/14 | 40 | |
| 4/16/2018 | Weekend Standby 4/21 | 54 | 14 |

| Date | Note | | |
|---|---|---|---|
| 4/23/2018 | | 40 | |
| 4/30/2018 | Spokane Paint Trip 5/6 | 50 | 10 |
| 5/7/2018 | Corendon Delivery 5/10 - 12 | 43 | 3 |
| 5/14/2018 | Vacation 5/14 - 18; Weekend Stby 5/19 | 14 | |
| 5/21/2018 | | 40 | |
| 5/28/2018 | | 8 | |
| 5/29/2018 | | 8 | |
| 5/30/2018 | | 8 | |
| 6/6/2018 | | 40 | |
| 6/13/2018 | 6/16 PDX Paint | 49 | 9 |
| 6/20/2018 | | 40 | |
| 6/27/2018 | | 40 | |
| 7/4/2018 | | 40 | |
| 7/11/2018 | | 40 | |
| 7/18/2018 | | 40 | |
| 7/25/2018 | | 40 | |
| 8/1/2018 | | 40 | |
| 8/8/2018 | ARO 7071 Delivery 8/11 - 12; OFF 9/15 | 50 | 10 |
| 8/15/2018 | | 40 | |
| 8/22/2018 | | 40 | |
| 8/29/2018 | | 40 | |
| 9/5/2018 | Everett Support 9/4 - 8 | 40 | |
| 9/12/2018 | | 40 | |
| 9/19/2018 | | 40 | |
| 9/26/2018 | | 40 | |
| 10/3/2018 | | | |
| 10/10/2018 | | | |
| 10/17/2018 | | | |
| 10/24/2018 | | | |
| 10/31/2018 | Spokane Paint 11/4 | 50 | 10 |
| 11/7/2018 | | 40 | |
| 11/14/2018 | ARO Delivery 11/14 - 17 | 40 | |
| 11/21/2018 | | 40 | |
| 11/28/2018 | | 40 | |

| Date | Description | | OT Hours |
|---|---|---|---|
| **12/5/2018** | | 40 | |
| **12/12/2018** | Vacation 12/10 - 14 | 14 | |
| **12/19/2018** | Spokane Paint 12/20 | 42 | 2 |
| **12/26/2018** | | | |
| **1/2/2019** | Off 12/31 - 1/1 | 24 | |
| **1/9/2019** | weekend Standby 1/12 | 54 | 14 |
| **1/16/2019** | Victorville Trip 1/16 - 1/18 | 84 | 44 |
| **1/23/2019** | Weekend Coverage 1/27 | 47 | 7 |
| **1/30/2019** | 2/2 Spokane Paint | 50 | 10 |
| **2/6/2019** | Paint in SEA 2/5 | 42 | 2 |
| **2/13/2019** | | 40 | |
| **2/20/2019** | Weekend Standby 2/24 | 54 | 14 |
| **2/27/2019** | Sokane Paint 2/25 | 42 | 2 |
| **3/6/2019** | PDX Paint 3/10 + ICE Delivery 3/12 - 14 | 50 | 10 |
| **3/13/2019** | PDX Paint 3/16 | 44 | 4 |
| | | | **OT Hours** |
| | **Totals** | | **500** |

Jaeger

| Work Week (Begin Mon thru Sund) | Notes | Estimated Total Work Hours | OT Hours |
|---|---|---|---|
| 12/4/2017 | | 45 | 5 |
| 12/11/2017 | | 53.5 | 13.5 |
| 12/18/2017 | | 53.5 | 13.5 |
| 12/25/2017 | | 56 | 16 |
| 1/1/2018 | | 40.5 | 0.5 |
| 1/8/2018 | | 63 | 23 |
| 1/15/2018 | | 49.5 | 9.5 |
| 1/22/2018 | | 58.5 | 18.5 |
| 1/29/2018 | | 45 | 5 |
| 2/5/2018 | | 58.5 | 18.5 |
| 2/12/2018 | | 53 | 13 |
| 2/19/2018 | | 40 | 0 |
| 2/26/2018 | | 53.5 | 13.5 |
| 3/5/2018 | | 49.5 | 9.5 |
| 3/12/2018 | | 53 | 13 |
| 3/19/2018 | | 53.5 | 13.5 |
| 3/26/2018 | | 40 | 0 |
| 4/2/2018 | | 53.5 | 13.5 |
| 4/9/2018 | | 44 | 4 |
| 4/16/2018 | | 24 | 0 |
| 4/23/2018 | | 53.5 | 13.5 |
| 4/30/2018 | | 36 | 0 |
| 5/7/2018 | | 53.5 | 13.5 |
| 5/14/2018 | | 32 | 0 |
| 5/21/2018 | | 53.5 | 13.5 |
| 5/28/2018 | | 32 | 0 |
| 6/4/2018 | | 40 | 0 |
| 6/11/2018 | | 61.5 | 21.5 |

| | | |
|---|---|---|
| 6/18/2018 | 40 | 0 |
| 6/25/2018 | 40 | 0 |
| 7/2/2018 | 40 | 0 |
| 7/9/2018 | 40 | 0 |
| 7/16/2018 | 40 | 0 |
| 7/23/2018 | 53.5 | 13.5 |
| 7/30/2018 | 40 | 0 |
| 8/6/2018 | 40 | 0 |
| 8/13/2018 | 61.5 | 21.5 |
| 8/20/2018 | 34 | 0 |
| 8/27/2018 | 40 | 0 |
| 9/3/2018 | 40 | 0 |
| 9/10/2018 | 40 | 0 |
| 9/17/2018 | 40 | 0 |
| 9/24/2018 | 61.5 | 21.5 |
| 10/1/2018 | 32 | 0 |
| 10/8/2018 | 48 | 8 |
| 10/15/2018 | 32 | 0 |
| 10/22/2018 | 40 | 0 |
| 10/29/2018 | 40 | 0 |
| 11/5/2018 | 40 | 0 |
| 11/12/2018 | 48 | 8 |
| 11/19/2018 | 67 | 27 |
| 11/26/2018 | 65.5 | 25.5 |
| 12/3/2018 | 32 | 0 |
| 12/10/2018 | 64 | 24 |
| 12/17/2018 | 28 | 0 |
| 12/24/2018 | 40 | 0 |
| 12/31/2018 | 53.5 | 13.5 |
| 1/7/2019 | 32 | 0 |
| 1/14/2019 | 40 | 0 |

| Date | | |
|---|---|---|
| 1/21/2019 | 48 | 8 |
| 1/28/2019 | 48 | 8 |
| 2/4/2019 | 40 | 0 |
| 2/11/2019 | 40 | 0 |
| 2/18/2019 | 40 | 0 |
| 2/25/2019 | 65.5 | 25.5 |
| 3/4/2019 | 40 | 0 |
| 3/11/2019 | 40 | 0 |
| 3/18/2019 | 40 | 0 |
| 3/25/2019 | 51 | 11 |
| 4/1/2019 | 64 | 24 |
| 4/8/2019 | 44 | 4 |
| 4/15/2019 | 37.5 | 0 |
| 4/22/2019 | 46.5 | 6.5 |
| 4/29/2019 | 38.5 | 0 |
| 5/6/2019 | 40 | 0 |
| 5/13/2019 | 38.5 | 0 |
| 5/20/2019 | 40 | 0 |
| 5/27/2019 | 52 | 12 |
| 6/3/2019 | 40 | 0 |
| 6/10/2019 | 44 | 4 |
| 6/17/2019 | 46.5 | 6.5 |
| 6/24/2019 | 32 | 0 |
| 7/1/2019 | 38.5 | 0 |
| 7/8/2019 | 38.5 | 0 |
| 7/15/2019 | 51 | 11 |
| 7/22/2019 | 40 | 0 |
| 7/29/2019 | 30.5 | 0 |
| 8/5/2019 | 40 | 0 |
| 8/12/2019 | 40 | 0 |
| 8/19/2019 | 40 | 0 |

| | | |
|---|---|---|
| **8/26/2019** | 39.5 | 0 |
| **9/2/2019** | 40 | 0 |
| **9/9/2019** | 32 | 0 |
| | | **OT Hours** |
| | **Totals** | **548** |

**Badura**

| Work Week (Begin Mon thru Sund) | Estimated Total Work Hours | OT Hours |
|---|---|---|
| 5/1/2017 | 57 | 17 |
| 5/8/2017 | 60 | 20 |
| 5/15/2017 | 55 | 15 |
| 5/22/2017 | 40 | |
| 5/29/2017 | 51 | 11 |
| 6/5/2017 | 66 | 26 |
| 6/12/2017 | 54 | 14 |
| 6/19/2017 | 44 | 4 |
| 6/26/2017 | 50 | 10 |
| 7/3/2017 | 40 | 8 |
| 7/10/2017 | 40 | 0 |
| 7/17/2017 | 65 | 25 |
| 7/24/2017 | 65 | 25 |
| 7/31/2017 | 65 | 25 |
| 8/7/2017 | 62 | 22 |
| 8/14/2017 | 62 | 22 |
| 8/21/2017 | 56 | 16 |
| 8/28/2017 | 62 | 22 |
| 9/4/2017 | 58 | 18 |
| 9/11/2017 | 64 | 24 |
| 9/18/2017 | 62 | 22 |
| 9/25/2017 | 40 | 0 |
| 10/2/2017 | 56 | 16 |
| 10/9/2017 | 63 | 23 |
| 10/16/2017 | 56 | 16 |
| 10/23/2017 | 54 | 14 |
| 10/30/2017 | 56 | 16 |

| | | |
|---|---|---|
| **11/6/2017** | 52 | 12 |
| **11/13/2017** | 65 | 25 |
| **11/20/2017** | 65 | 25 |
| **11/27/2017** | 70 | 30 |
| **12/4/2017** | 56 | 16 |
| **12/11/2017** | 54 | 14 |
| **12/18/2017** | 58 | 18 |
| **12/25/2017** | 44 | 4 |
| **1/1/2018** | 54 | 10 |
| **1/8/2018** | 64 | 20 |
| **1/15/2018** | 54 | 12 |
| **1/22/2018** | 53 | 11 |
| **1/29/2018** | 53 | 10 |
| **2/5/2018** | 66 | 26 |
| **2/12/2018** | 72 | 32 |
| **2/19/2018** | 57 | 14 |
| **2/26/2018** | 46 | 4 |
| **3/5/2018** | 50 | 8 |
| **3/12/2018** | 52 | 10 |
| **3/19/2018** | 72 | 32 |
| **3/26/2018** | 54 | 14 |
| **4/2/2018** | 54 | 12 |
| **4/9/2018** | 52 | 10 |
| **4/16/2018** | 52 | 10 |
| **4/23/2018** | 54 | 14 |
| **4/30/2018** | 54 | 14 |
| **5/7/2018** | 52 | 10 |
| **5/14/2018** | 56 | 14 |
| **5/21/2018** | 65 | 23 |
| **5/28/2018** | 50 | 8 |

| | | |
|---|---|---|
| 6/4/2018 | 62 | 16 |
| 6/11/2018 | 62 | 16 |
| 6/18/2018 | 66 | 22 |
| 6/25/2018 | 56 | 12 |
| 7/2/2018 | 48 | 4 |
| 7/9/2018 | 40 | 0 |
| 7/16/2018 | 52 | 10 |
| 7/23/2018 | 54 | 14 |
| 7/30/2018 | 54 | 14 |
| 8/6/2018 | 48 | 8 |
| 8/13/2018 | 50 | 10 |
| 8/20/2018 | 59 | 19 |
| 8/27/2018 | 51 | 11 |
| 9/3/2018 | 42 | 2 |
| 9/10/2018 | 40 | 0 |
| 9/17/2018 | 49 | 9 |
| 9/24/2018 | 50 | 10 |
| 10/1/2018 | 40 | 0 |
| 10/8/2018 | 44 | 4 |
| 10/15/2018 | 50 | 10 |
| 10/22/2018 | 48 | 8 |
| 10/29/2018 | 46 | 6 |
| 11/5/2018 | 52 | 12 |
| 11/12/2018 | 54 | 14 |
| 11/19/2018 | 50 | 10 |
| 11/26/2018 | 44 | 4 |
| 12/3/2018 | 54 | 14 |
| 12/10/2018 | 60 | 20 |
| 12/17/2018 | 44 | 4 |
| 12/24/2018 | 61 | 21 |

| | | |
|---|---|---|
| 12/31/2018 | 47 | 7 |
| 1/7/2019 | 40 | 0 |
| 1/14/2019 | 70 | 30 |
| 1/21/2019 | 56 | 16 |
| 1/28/2019 | 62 | 22 |
| 2/4/2019 | 60 | 20 |
| 2/11/2019 | 63 | 23 |
| 2/18/2019 | 62 | 22 |
| 2/25/2019 | 55 | 15 |
| 3/4/2019 | 58 | 18 |
| 3/11/2019 | 50 | 10 |
| 3/18/2019 | 50 | 10 |
| 3/25/2019 | 61 | 21 |
| 4/1/2019 | 40 | 0 |
| 4/8/2019 | 56 | 16 |
| 4/15/2019 | 45 | 5 |
| 4/22/2019 | 40 | 0 |
| 4/29/2019 | 41.5 | 1.5 |
| 5/6/2019 | 40 | |
| 5/13/2019 | 40 | |
| 5/20/2019 | 47.5 | 7.5 |
| 5/27/2019 | 40 | |
| 6/3/2019 | 40 | |
| 6/10/2019 | 40 | |
| 6/17/2019 | 43 | 3 |
| 6/24/2019 | 40 | |
| 7/1/2019 | 70 | 30 |
| 7/8/2019 | 51 | 11 |
| 7/15/2019 | 40 | |
| 7/22/2019 | 79.5 | 39.5 |

| | | |
|---|---|---|
| 7/29/2019 | 44.25 | 4.25 |
| 8/5/2019 | 44 | 4 |
| 8/12/2019 | 45 | 5 |
| 8/19/2019 | 46.5 | 6.5 |
| 8/26/2019 | 40 | |
| 9/2/2019 | 50 | 10 |
| 9/9/2019 | 55 | 15 |
| 9/16/2019 | 59.5 | 19.5 |
| 9/23/2019 | 58 | 18 |
| 9/30/2019 | 48 | 8 |
| 10/7/2019 | 47 | 7 |
| 10/14/2019 | 60 | 20 |
| 10/21/2019 | 57 | 17 |
| 10/28/2019 | 49.5 | 9.5 |
| 11/4/2019 | 58 | 18 |
| 11/11/2019 | 70 | 30 |
| 11/18/2019 | 77 | 37 |
| 11/25/2019 | 40 | 0 |
| 12/2/2019 | 43 | 3 |
| 12/9/2019 | 60 | 20 |
| 12/16/2019 | 60 | 20 |
| | | **OT Hours** |
| | **Totals** | **1796.25** |

**APPENDIX B**

**Shaugnessy**

TYRON SHAUGHNESSY, et al.,
Plaintiff(s),

v.

LUFHANSA TECHNIK NORTH
AMERICA HOLDING CORP., et al.,
Defendants

Case No. 2:20-cv-01032-RAJ

**CONSENT TO JOIN COLLECTIVE
ACTION**

Fair Labor Standards Act of 1938 29 U.S.C. §
216(b)

I am a former employee of LUFHANSA TECHNIK NORTH AMERICA.

Pursuant to Section 16(b) of the Fair Labor Standards Act of 1938, I hereby give my written
consent to participate as one of the Plaintiffs in the above-captioned collective action lawsuit that
has been brought in the United States District Court for the Western District of Washington.

I understand that the purpose of the above-captioned collective action is to recover unpaid
wages, overtime wages and other sums owing to me and to other, similarly-situated employees
under the Fair Labor Standards Act [29 U.S.C. §§ 201-219.

**I hereby consent, agree, and opt to become a plaintiff herein and to be bound by any
settlement of this action or adjudication by the Court**.

Dated this _10th_ Day of September, 2020

Signed: _____

Printed Name: Tyron Shaughnessy

**Jaeger**

|  |  |
|---|---|
| TYRON SHAUGHNESSY, et al.,<br>Plaintiff(s),<br><br>v.<br><br>LUFHANSA TECHNIK NORTH<br>AMERICA HOLDING CORP., et al.,<br>Defendants | Case No. 2:20-cv-01032-RAJ<br><br>**CONSENT TO JOIN COLLECTIVE<br>ACTION**<br><br>Fair Labor Standards Act of 1938 29 U.S.C. §<br>216(b) |

I am a former employee of LUFHANSA TECHNIK NORTH AMERICA.

Pursuant to Section 16(b) of the Fair Labor Standards Act of 1938, I hereby give my written consent to participate as one of the Plaintiffs in the above-captioned collective action lawsuit that has been brought in the United States District Court for the Western District of Washington.

I understand that the purpose of the above-captioned collective action is to recover unpaid wages, overtime wages and other sums owing to me and to other, similarly-situated employees under the Fair Labor Standards Act [29 U.S.C. §§ 201-219.

I hereby consent, agree, and opt to become a plaintiff herein and to be bound by any settlement of this action or adjudication by the Court.

Dated this **10** Day of September, 2020

Signed: _____

Printed Name: J. JAEGER

**Badura**

TYRON SHAUGHNESSY, et al.,
Plaintiff(s),

v.

LUFHANSA TECHNIK NORTH
AMERICA HOLDING CORP., et al.,
            Defendants

Case No. 2:20-cv-01032-RAJ

**CONSENT TO JOIN COLLECTIVE
ACTION**

Fair Labor Standards Act of 1938 29 U.S.C. §
216(b)

I am a former employee of LUFHANSA TECHNIK NORTH AMERICA.

Pursuant to Section 16(b) of the Fair Labor Standards Act of 1938, I hereby give my written consent to participate as one of the Plaintiffs in the above-captioned collective action lawsuit that has been brought in the United States District Court for the Western District of Washington.

I understand that the purpose of the above-captioned collective action is to recover unpaid wages, overtime wages and other sums owing to me and to other, similarly-situated employees under the Fair Labor Standards Act [29 U.S.C. §§ 201-219.

**I hereby consent, agree, and opt to become a plaintiff herein and to be bound by any settlement of this action or adjudication by the Court**.

Dated this _11th_ Day of September, 2020

Signed: _____

Printed Name: