THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| TYRON SHAUGHNESSY, JOHANNES JAEGER, and JUERGAN BADURA, on behalf of themselves individually and on behalf of other similarly situated current or former employees of the named Defendants,<br><br>Plaintiffs,<br><br>v.<br><br>LUFTHANSA TECHNIK NORTH AMERICA HOLDING CORP. a foreign profit corporation, and/or in the alternative, LUFTHANSA TECHNIK COMPONENT SERVICES LLC, a foreign profit corporation,<br><br>Defendants. | NO. 2:20-cv-01032 RAJ<br><br>**ORDER GRANTING STIPULATED MOTION FOR APPROVAL OF PLAINTIFFS' INDIVIDUAL FAIR LABOR STANDARDS ACT SETTLEMENTS AND FOR DISMISSAL OF ENTIRE ACTION** |

THIS MATTER having come before this Court for hearing upon the Parties' Stipulated Motion for Approval of Plaintiffs' Individual Fair Labor Standards Act Settlements and Dismissal of Action, the accompanying Memorandum of Law, the accompanying declaration, and all other records, pleadings, and papers on file in this action, the Court grants the Motion and ORDERS as follows:

ORDER GRANTING STIPULATED MOTION FOR APPROVAL OF PLAINTIFFS' INDIVIDUAL FAIR LABOR STANDARDS ACT SETTLEMENTS AND FOR DISMISSAL OF ENTIRE ACTION - 1
CAUSE NO. 20-cv-01032 RAJ

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 1900
999 THIRD AVENUE
SEATTLE, WASHINGTON 98104
(206) 340-1000

1. The Settlement and Release of Plaintiffs TYRON SHAUGHNESSY, JOHANNES JAEGER, and JUERGAN BADURA's ("Plaintiffs") Individual Claims against Defendants LUFTHANSA TECHNIK NORTH AMERICA HOLDING CORP and LUFTHANSA TECHNIK COMPONENT SERVICES LLC ("Defendants") under the Fair Labor Standards Act, 29 USC §201 et. seq.  (FLSA) is finally approved pursuant to the Fair Labor Standards Act as a fair and reasonable resolution of a bona fide dispute and in the best interests of Plaintiffs. Plaintiffs' individual FLSA claims are dismissed with prejudice.

2. Based on the parties' settlement agreement, Plaintiffs' Non-FLSA claims for (1) Violation of the Failure to pay overtime wages as required by the Washington Minimum Wage Act ("MWA), RCW 49.46; (2) Failure to pay all wages due upon termination of employment as required by the Washington Wage Payment Act ("WPA"), RCW 49.48; (3) Willful withholding of wages, in violation of the Washington Wage Rebate Act ("WRA") RCW 49.52 are dismissed with prejudice.

3. Plaintiffs' collective claims brought on behalf of un-named collective plaintiffs under the FLSA are dismissed without prejudice as to un-named collective plaintiffs only.

4. Plaintiff DAVID BEBERFELL is dismissed from this action without prejudice.

5. The Court hereby enters final judgment in this case and there being no reason to delay entry of this final judgment, the Clerk of the Court is ordered to enter this final judgment forthwith pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

DATED this 10th day of March, 2021.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR APPROVAL OF PLAINTIFFS' INDIVIDUAL FAIR LABOR STANDARDS ACT SETTLEMENTS AND FOR DISMISSAL OF ENTIRE ACTION - 2
CAUSE NO. 20-cv-01032 RAJ

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 1900
999 THIRD AVENUE
SEATTLE, WASHINGTON 98104
(206) 340-1000